Opinion issued November 10, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00306-CV

———————————

In re TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY AND
TRANSAMERICA ANNUITY SERVICE CORPORATION, Relators



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

Relators, Transamerica Occidental Life Insurance Company and
Transamerica Annuity Service Corporation, filed a petition for writ of mandamus
complaining of the trial court’s January 31, 2011 post-judgment order denying their
“Motion to Determine the Amount of Judgment and Permit Offset.”[1]

We deny the
petition for writ of mandamus.  Any
pending motions are dismissed as moot.

PER CURIAM

 

Panel consists of Justices Keyes, Higley, and
Massengale.

 











[1]        The Honorable Linda Storey, Judge of the County Civil Court at Law No.
3 of Harris County, Texas.  The
underlying lawsuit is Rapid Settlements, Ltd. v. Green, No. 892,591 (Cnty.
Ct. at Law No. 3, Harris Cnty., Tex.).